No. 318

OLYSKA v. VIRGINIA LIFE INS. CO.

Ohio Appeals, 8th Dist., Cuyahoga Co.

No. 6028. Decided Nov. 23, 1925

723. LIFE INSURANCE—Where a clause appears in application for policy to the effect that company shall not be liable unless policy is delivered during life of applicant, and such applicant dies before issuance and delivery of policies, contract of insurance was never in force and company not liable thereon.

SULLIVAN, J.

Husband of Mary Olyska, on December 1, 1922, signed applications for issuance of life insurance policies with the Life Insurance Company of Virginia. The following clause appeared in said applications:

"I agree - - - - - that no obligation shall exist against said company under said policy - - - - - unless such policy is delivered to me, and unless upon its date and delivery to me I shall be alive and in sound health." The husband died on December 28, 1922, before issuance of the policies.

The policies were issued some time in January, subsequent to the death of the applicant, and the agent in attempting to deliver them, learned of the death of applicant, and refused to deliver same.

The widow sued to recover on said policies in the Cuyahoga Common Pleas but the court ruled for the Company. Error was prosecuted and the Court of Appeals held:

1. In view of the agreement that there shall be no liability on part of the company in event policies are not delivered to applicant during his life, there never was actual delivery of the contract of insurance.

2. In as much as liability of Company did not commence until delivery of contract of insurance, and as there was no delivery, company was not liable.

3. Policies not being issued until after death of applicant, contract of insurance was never in force.

Judgment affirmed.

Attorneys—F. J. Kiecik for Olyska; Dustin, McKeehan, Merrick, Arter & Stewart for Company; all of Cleveland.